RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/14/09

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| THEODORE J. PHILLIPS | : | DOCKET NO. 6:08-cv 1600 |
|---|---|---|
| | | Section P |
| VS. | : | JUDGE HAIK |
| WARDEN BURL CAIN | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that petitioner's Motion to Dismiss [doc. 11] is **GRANTED** and accordingly, this petition is **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _18_ day of _May_, 2009.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE